UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Diana Mey, Phillip Charvat, Jason Bennett, Scott Dolemba, Janet and Michael Hodgin move this Court for final approval of the Settlement Agreement reached by the parties in this case, and preliminarily approved by this Court on September 28, 2017, Dkt. No. 1122.

In support of their requests, Plaintiffs assert that the settlement embodied by the Settlement Agreement is fair, reasonable and consistent with the provisions of Rule 23. In further support of their motion, Plaintiffs refer the Court to the memorandum and exhibits filed herewith.

The Defendant does not oppose this motion. A proposed order is attached as Exhibit A.

Dated: March 22, 2018

Respectfully Submitted,

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell

Beth E. Terrell
Jennifer Rust Murray
Mary B. Reiten
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com
Email: mreiten@terrellmarshall.com

John W. Barrett
Ryan M. Donovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Email: jbarrett@baileyglasser.com
Email: rdonovan@baileyglasser.com

*Co-Lead Counsel for Plaintiffs*

BAILEY & GLASSER LLP

By: /s/ Jonathan R. Marshall

Jonathan R. Marshall
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Email: jmarshall@baileyglasser.com

*Liaison Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

Jeffrey A. Holmstrand
GROVE HOLMSTRAND & DELK, PLLC
44-1/2 15th Street
Wheeling, West Virginia 26003
Telephone: (304) 905-1961
Facsimile: (304) 905-8628
Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

Jeffrey A. Holmstrand
GROVE HOLMSTRAND & DELK, PLLC
44-1/2 15th Street
Wheeling, West Virginia 26003
Telephone: (304) 905-1961
Facsimile: (304) 905-8628
Email: jholmstrand@grovedelklaw.com

Meryl C. Maneker
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Email: mmaneker@wilsonturnerkosmo.com

I further certify that I caused foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, Tennessee 37211

Bryan Anthony Reo
7143 Rippling Brook Lane
Mentor, Ohio 44060

Charles Rollman
1310 Lyric Pt
Colorado Springs, CO 80906

Holly Rae Latimore, LPN/IV
1725 Manor Place, Apt. 1
Dayton, OH 45406

Geneva Meloy
1490 Arcadia Road
Kent, Ohio 44240

Myrdis Foster
2740 Duncanville Rd., Apt. 725
Dallas, TX 75211

Salene Mazur Kraemer
Mazurkraemer Business Law
3364 Main Street
Weirton, WV 26062

John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101

*Counsel to Catherine Smith*

/s/ Beth E. Terrell
Beth E. Terrell
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com